# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **Bank of Blue Valley,**<br><br>       **Plaintiff,**<br><br> **v.**<br><br>**4 P's Enterprises, LLC, Prag Pate,**<br>**Pragnesh Patel, Prakashkumar G. Patel**<br>**and Hanuman, LLC,**<br><br>       **Defendants.** | **Case No.** |

## <u>COMPLAINT</u>

Plaintiff, Bank of Blue Valley for its Complaint against Defendants 4 P's Enterprises, LLC, Prag Pate, Pragnesh Patel, Prakashkumar G. Patel and Hanuman, LLC hereby states and alleges as follows:

### <u>Parties</u>

1. Plaintiff ("BBV" or "Plaintiff") is a Kansas bank which does business in Missouri.

2. Defendant 4 P's Enterprises, LLC ("4 P's") is a Missouri limited liability company. It may be served through its registered agent, Heide Enterprises, Inc. at 3145 Broadway, Kansas City, MO 64111.

3. Defendant Prag Pate ("Prag") is a Missouri resident who resides (or resided) at 9628 N Arlington Avenue, Kansas City, MO 64157.

4. Defendant Pragnesh Patel ("Pragnesh") is a Missouri resident who resides (or resided) at 215 SW Roosevelt Ridge, Lee's Summit, MO 64081.

5. Defendant Prakashkumar G. Patel ("Prakashkumar") is a Missouri resident who resides (or resided) at 9602 N Lane Avenue, Kansas City, MO 64157.

6. Upon information and belief, Defendants Prag, Prgnesh and Prakashkumar each own a 1/3 interest in 4 P's.

7. Defendant Hanuman, LLC ("Hanuman") is a Missouri limited liability corporation whose address is 5802 E 125th St, Grandview, MO 64030. It may be served through its registered agent, Pragnesh Patel (who is a co-Defendant in this matter) at 5802 E. 125th Street, Grandview, MO 64030.

8. Defendants Prag, Pragnesh, Prakashkumar and Hanuman are hereinafter collectively referred to as the "Guarantors".

### Servicemembers Civil Relief Act

9. On October 20, 2021, the undersigned firm caused a search to be conducted under the Servicemembers Civil Relief Act ("SCRA") by accessing the website maintained by the United States Department of Defense for that purpose. The search results verify that neither Prag, Pragnesh nor Prakashkumar were active members of the United States military as of October 20, 2021.

10. Defendants 4 P's and Hanuman are legal entities are not subject to SCRA.

### Jurisdiction and Venue

11. The parties are of diverse citizenship, and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. As such jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).

12. All of the Defendants are Missouri residents or Missouri domiciled companies and each resides or has its headquarters located within the geographical area of the United States District Court for the Western District of Missouri. Further, a substantial part of the events that

2

gave rise to the causes of action alleged in this Complaint occurred in the Western District of Missouri. As such venue is proper in this Court pursuant to 28 U.S.C. § 1391

**Facts**

***Underlying Loan Documents and Commercial Guarantees***

13. On September 28, 2018, 4 P's entered into a Business Loan Agreement (a copy of which is included herewith as Exhibit 1) ("2018 Loan Agreement") with BBV.

14. In connection with the 2018 Loan Agreement, on September 28, 2018, 4 P's executed a Promissory Note (Loan No. xxx1530) ("2018 Note") (a copy of which is included herewith as Exhibit 2) payable to BBV in the principal amount of $225,000.

15. Also on September 28, 2018, 4 P's executed a Commercial Security Agreement (a copy of which is included herewith as Exhibit 3) wherein it granted a lien to BBV in, among other things, all of 4 P's inventory, chattel paper, accounts, equipment, fixtures, general intangibles, deposit accounts and investment property and proceeds thereof (collectively the "4 P's Collateral").

16. On October 15, 2018, BBV filed a UCC-1 financing statement with the Missouri Secretary of State (a copy of which is included herewith as Exhibit 4) wherein it perfected its lien in 4 P's collateral.

17. In connection with the 2018 Note, Prag executed a Commercial Guaranty dated September 28, 2018 wherein Prag absolutely and unconditionally guaranteed all indebtedness owed by 4 P's to BBV. A copy of that Commercial Guaranty is included herewith as Exhibit 5.

18. In connection with the 2018 Note, Pragnesh executed a Commercial Guaranty dated September 28, 2018 wherein Pragnesh absolutely and unconditionally guaranteed all

3

indebtedness owed by 4 P's to BBV.  A copy of that Commercial Guaranty is included herewith as Exhibit 6.

19. In connection with the 2018 Note, Hanuman executed a Commercial Guaranty dated September 28, 2018 wherein Hanuman absolutely and unconditionally guaranteed all indebtedness owed by 4 P's to BBV.  A copy of that Commercial Guaranty is included herewith as Exhibit 7.

20. On April 5, 2019, 4 P's executed a Change in Terms Agreement (a copy of which is included herewith as Exhibit 8) ("2019 CIT Agreement") which made certain changes to the 2018 Note.

21. Also in connection with the 2019 CIT Agreement, 4 P's entered into a Business Loan Agreement ("2019 Loan Agreement") with BBV (a copy of which is included herewith as Exhibit 9).

22. Also in connection with the 2019 CIT Agreement, Prakashkumar executed a Commercial Guaranty dated April 5, 2019 wherein Prakashkumar absolutely and unconditionally guaranteed all indebtedness owed by 4 P's to BBV.  A copy of that Commercial Guaranty is included herewith as Exhibit 10.

23. On April 11, 2019, BBV filed with the Missouri Secretary of State an amendment to its pre-existing UCC-1 financing statement (a copy of which amendment is included herewith as Exhibit 11).

24. The 2018 Note, 2018 Loan Agreement, Commercial Security Agreement, the 2019 CIT Agreement and the 2019 Loan Agreement are collectively hereinafter referred to as the "Loan Documents."

4

***Breach of Loan Documents and Guarantees***

25.     The Loan Documents required 4 P's to timely make all scheduled payments.

26.     4 P's has failed to pay its installment payments on the Loan since May 28, 2021. These missed payments each constitute an Event of Default under the Loan Documents.

27.     Given that an event of default has occurred, BBV has imposed the default rate of interest of 18.000% effective as of May 28, 2021—the date 4 P's payment default began.

28.     BBV has been damaged by Defendants' failure to honor their respective contractual obligations owed to BBV.

29.     Upon an Event of Default under the Loan Documents, BBV is entitled to exercise various remedies including, but not limited to, acceleration of the indebtedness, collection of the indebtedness owed and liquidation of all property securing the indebtedness.  Moreover, the Loan Documents provided that BBV is entitled to recover attorney's fees and costs incurred in collecting all indebtedness owed.

30.     As of November 1, 2021 the amount of indebtedness owed under the Loan Documents was as follows:

| | |
|---|---|
| Principal: | $154,422.20 |
| Interest: | $175.53 |
| Late Charges: | $650.94 |
| Title Fees: | $350.00 |
| Field Visit: | $45.00 |
| Attorney's Fees & Costs:[1] | $4,253.40 |
| **Total:** | **$159,897.07** |
| | |
| Per Diem Default Rate: | $77.211100 |
| Interest Rate: 18.00% | |

---

[1] These attorney's fees and costs are as of September 30, 2021.  BBV has incurred and will incur additional attorney's fees and costs in the preparation and filing of this Complaint and the prosecution thereof.  Pursuant to the terms of the Loan Documents and respective Commercial Guarantees, BBV is entitled to and is seeking recovery of all attorney's fees and costs incurred in enforcing its rights under the Loan Documents and respective Commercial Guarantees.

31. By bringing this action BBV is not waiving any claims or rights it may have under applicable law or the applicable Loan Documents.

32. Furthermore, BBV expressly reserves the right to amend this Complaint and assert additional claims and/or add additional defendants if needed.

**Count I – Breach of Promissory Note (2018 Note, as modified by the 2019 CIT Agreement)**
**(4 P's)**

33. BBV incorporates by reference each of the foregoing paragraphs of this Complaint as though fully set forth herein.

34. 4 P's executed the 2018 Note (as modified by the 2019 CIT Agreement) wherein it agreed to repay to BBV $225,000 plus interest, fees, costs and expenses.

35. 4 P's defaulted on its obligations to BBV under the Loan Documents.

36. BBV properly accelerated all indebtedness owed.

37. Given that an event of default has occurred, BBV has imposed the default rate of interest of 18.000% effective as of May 28, 2021.

38. Pursuant to the terms of the 2018 Note (as modified by the 2019 CIT Agreement) 4 P's has waived defenses of presentment, demand for payment, protest and notice of dishonor.

39. 4 P's breached its obligations by failing to repay to BBV the monies that were previously loaned to it.

40. Under the various Loan Documents BBV is entitled to its attorney's fees and costs in connection with the collection of the monies owed.

41. BBV has been damaged in an amount equal to that owed by 4 P's under the terms of the 2018 Note (as modified by the 2019 CIT Agreement).

WHEREFORE, BBV requests that this Court enter judgment in favor of BBV and against 4 P's for (a) the principal amount of $154,422.20; (b) accrued interest in the amount of $175.53

6

as of November 1, 2021;  (c) continuing interest from and after November 2, 2021 under the 2018 Note (as modified by the 2019 CIT Agreement) at the contract default rate of 18.00% (which per diem amount is $77.211100); (d) all additional fees and costs owed under the Loan Documents (including, but not limited to, a title fee of $350.00, field visit fee of $45.00, all late fees and all attorney's fees and costs incurred in the collection of monies owed under the Loan Documents); (e) all the costs and expenses of this action; and (f) such further and other relief as this Court deems just and proper.

### Count II – Action on Commercial Guaranty
### (Prag, Pragnesh, Prakashkumar and Hanuman)

42. BBV incorporates by reference each of the foregoing paragraphs of this Complaint as though fully set forth herein.

43. Prag, Pragnesh, Prakashkumar and Hanuman each separately executed a Commercial Guaranty wherein they each absolutely and unconditionally guaranteed the full and punctual payment of all indebtedness owed by 4 P's to BBV.

44. Under each respective Commercial Guaranty, Prag, Pragnesh, Prakashkumar and Hanuman each waived, among other things, the right to make any presentment, protest, demand, or notice of any kind.

45. 4 P's has defaulted on its obligations under the Loan Documents and is indebted to BBV as more fully detailed above.

46. Prag, Pragnesh, Prakashkumar and Hanuman are each in default of their respective obligations under the Commercial Guaranty that each individually executed.

47. BBV has been damaged as a result of Prag's, Pragnesh's, Prakashkumar's and Hanuman's respective breaches in an amount equal to the amount of indebtedness owed to it by 4 P's under the Loan Documents.

7

WHEREFORE, BBV requests that this Court enter judgment in favor of BBV and against Prag, Pragnesh, Prakashkumar and Hanuman for (a) the principal amount of $154,422.20; (b) accrued interest in the amount of $175.53 as of November 1, 2021;  (c) continuing interest from and after November 2, 2021 under the 2018 Note (as modified by the 2019 CIT Agreement) at the contract default rate of 18.00% (which per diem amount is $77.211100); (d) all additional fees and costs owed under the Loan Documents (including, but not limited to, a title fee of $350.00, field visit fee of $45.00, all late fees and all attorney's fees and costs incurred in the collection of monies owed under the Loan Documents); (e) all the costs and expenses of this action; and (f) such further and other relief as this Court deems just and proper.

### Count III – Foreclosure of Personal Property
#### (4 P's)

48.    BBV restates and incorporates herein by reference the allegations contained in each of the foregoing paragraphs of this Complaint as if set forth in full herein.

49.    Pursuant to the terms of the Commercial Security Agreement, 4 P's granted a security interest to BBV in 4 P's Collateral.

50.    4 P's is in default of its obligations under the Loan Documents for, among other things, failure to make payments pursuant to the terms of the 2018 Note (as modified by the 2019 CIT Agreement).

51.    Under the terms of the Commercial Security Agreement, a payment default under the 2018 Note (as modified by the 2019 CIT Agreement) is an event of default.

52.    Under the terms of the Commercial Security Agreement, upon an event of default, Plaintiff may exercise its rights under applicable law.

8

53. Under Missouri law, after default, a secured party "May reduce a claim to judgment, foreclose, or otherwise enforce the claim, security interest, or agricultural lien by any available judicial procedure." MO. ANN. STAT. § 400.9-601.

54. BBV has a first priority security interest in 4 P's Collateral and BBV may foreclose upon its security interests to satisfy the indebtedness owed to it.

55. BBV is entitled to having 4 P's Collateral be foreclosed upon, that the same be ordered sold according to law for the satisfaction of the money judgment or of any balance remaining unpaid thereon, and forever barring Defendants and each thereof from any right, claim, interest, or title in and to 4 P's Collateral ; that the Court then enter its further decree against Defendants for any deficiency remaining due to BBV herein after the application of the proceeds of the sale of such security.

WHEREFORE, BBV respectfully requests that the Court enter an order that BBV's UCC Article 9 lien against 4 P's Collateral be foreclosed upon, that the same be ordered sold according to law for the satisfaction of the money judgment or of any balance remaining unpaid thereon, and forever barring Defendants and each thereof from any right, claim, interest, or title in and to 4 P's Collateral; that the Court then enter its further decree against 4 P's and the Guarantors for any deficiency remaining due to BBV herein after the application of the proceeds of the sale of such security.

HUSCH BLACKWELL LLP

/s/ Michael D. Fielding
Michael D. Fielding    MO 53124
Christopher C. Miles MO 63654
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000;  (816) 983-8080 Fax
michael.fielding@huschblackwell.com
christopher.miles@huschblackwell.com
***Attorneys for Plaintiff***
